ORIGINAL

FILED
JUL 9 2007
U.S. COURT OF FEDERAL CLAIMS

FILED UNDER SEAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | |
|---|---|
| THE CENTECH GROUP, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | FILED UNDER SEAL<br><br>No. 07-513 C |

**MOTION FOR ENTRY OF PROTECTIVE ORDER**

Plaintiff, THE CENTECH GROUP, Inc., ("CENTECH"), applies to this court pursuant to RCFC Appendix C ¶ 16 for entry of a protective order. This case follows a bid protest originally brought by TYBRIN, Inc. before the Government Accountability Office ("GAO"). The GAO imposed a protective order during the protest. (Matter of TYBRIN, Inc., number B-298364.8; B-298364.7). Although much of the information generated during the GAO protest has been made available for public release, to protect against any inadvertent and unauthorized disclosure, a protective order is needed in this case.

WHEREFORE, Plaintiff requests the entry of a protective order and proposes the standard order attached to the Court's Rules.

Dated this 9th Day of July, 2007

Respectfully submitted,

THE MARTIN LAW FIRM, PLLC

Kenneth A. Martin, Esq.
6723 Whittier Ave., Suite 200
McLean, VA 22101
703-918-0350 (telephone)
703-918-0386 (facsimile)

Counsel to THE CENTECH GROUP, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing to be served on all parties listed below on this 9th day of July, 2007, by hand delivery to:

Arlene Groner, Esq.
Department of Justice
Commercial Litigation Branch, Civil Division
(202) 514-7300 (facsimile);

Major John Terra
Department of the Air Force
Air Force Commercial Litigation Division
AFFLOA/JACN
1501 Wilson Blvd., Room 606
Arlington, VA 22209

Kenneth A. Martin