ORIGINAL

FILED
JUL 9 2007
U.S. COURT OF FEDERAL CLAIMS

**FILED UNDER SEAL**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | |
|---|---|
| **THE CENTECH GROUP, INC.** | **FILED UNDER SEAL** |
| **Plaintiff,** | No. 07-513 C |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant.** | |

**NOTICE OF DIRECTLY RELATED CASES**

Plaintiff, THE CENTECH GROUP, Inc., ("CENTECH"), files this Notice of Directly Related Cases pursuant to RCFC Rule 40. The following case is directly related to this action:

i. Matter of TYBRIN Corporation, B-298364.6 and B-298364.7 filed at the Government Accountability Office by TYBRIN Corporation. (See Plaintiff's Legal Memorandum in Support of Motion for Preliminary and Permanent Injunctive Relief for the GAO decision). There are no other directly related cases.

Dated this 9th Day of July, 2007

Respectfully submitted,

THE MARTIN LAW FIRM, PLLC

Kenneth A. Martin, Esq.
6723 Whittier Ave., Suite 200
McLean, VA 22101
703-918-0350 (telephone)
703-918-0386 (facsimile)

Counsel to THE CENTECH GROUP, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing to be served on all parties listed below on this 9th day of July, 2007, by hand delivery to:

Arlene Groner, Esq.
Department of Justice
Commercial Litigation Branch, Civil Division
(202) 514-7300 (facsimile);

Major John Terra
Department of the Air Force
Air Force Commercial Litigation Division
AFFLOA/JACN
1501 Wilson Blvd., Room 606
Arlington, VA 22209

Kenneth A. Martin