IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| THE CENTECH GROUP, INC. | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-513C |
| v. | ) | (Judge Mary Ellen Coster Williams) |
| | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of ARLENE PIANKO GRONER as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Arlene Pianko Groner
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0162
Fax: (202) 305-7643

Attention: Classification Unit
8th Floor

s/ Arlene Pianko Groner
Arlene Pianko Groner
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice

Dated: July 9, 2007

CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of July, 2007, “DEFENDANT'S NOTICE OF APPEARANCE," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ Arlene Pianko Groner
ARLENE PIANKO GRONER