# In the United States Court of Federal Claims

**No. 07-513C**
**(Filed July 9, 2007)**
**Bid Protest**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THE CENTECH GROUP, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE CASE UNDER SEAL**

---

On July 9, 2007, pursuant to RCFC Appendix C ¶ 4, Plaintiff filed a motion for leave to file this case under seal. Plaintiff believes it is necessary to file this case under seal initially until the Air Force has the opportunity to review Plaintiff's pleadings to avoid any misunderstanding of what is or is not protected and to avoid an inadvertent disclosure of protected material. Good cause having been shown, this motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**