**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Washington, D.C.**

| | |
|---|---|
| THE CENTECH GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant<br><br>and<br><br>TYBRIN CORPORATION<br><br>Intervenor-Defendant. | CFC No. 07-513-C<br><br>Judge Mary Ellen Coster Williams |

**NOTICE OF APPEARANCE**
**FOR TYBRIN CORPORATION**

Intervenor-Defendant TYBRIN Corporation ("TYBRIN") through undersigned counsel respectfully requests that the Court enter the appearance of John S. Pachter as counsel of record, and Jonathan D. Shaffer and Mary Pat Gregory as of counsel on its behalf.

Respectfully submitted,

Date: July 11, 2007

By: /s/ John S. Pachter

John S. Pachter
SMITH PACHTER MCWHORTER PLC
8000 Towers Crescent Drive, Suite 900
Vienna, Virginia 22182
Tel: (703) 847-6300
Fax: (703) 847-6312
*Counsel of Record for Intervenor-Defendant*
*TYBRIN Corporation*

Jonathan D. Shaffer
Mary Pat Gregory
SMITH PACHTER MCWHORTER PLC
8000 Towers Crescent Drive, Suite 900
Vienna, Virginia 22182
Tel: (703) 847-6300
Fax: (703) 847-6312
*Of Counsel for Intervenor-Defendant*
*TYBRIN Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of July, 2007, "NOTICE OF APPEARANCE FOR TYBRIN CORPORATION" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Jonathan D. Shaffer
Jonathan D. Shaffer