# In the United States Court of Federal Claims

**No. 07-513C**
**(Filed July 11, 2007)**
**Bid Protest**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THE CENTECH GROUP, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES OF AMERICA,**

**Defendant,**

**and**

**TYBRIN, INC.,**

**Intervenor.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S MOTION TO FILE ADMINISTRATIVE RECORD IN PAPER FORM**

---

On July 10, 2007, during the scheduling conference, Defendant orally moved this Court for permission to file the administrative record in this matter in paper form. The motion is **GRANTED**. Defendant shall file the administrative record by **July 20, 2007**.

The Clerk's Office is directed to accept the paper filing of the administrative record.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**