# In the United States Court of Federal Claims

**No. 07-513C**
**(Filed July 11, 2007)**
**Bid Protest**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THE CENTECH GROUP, INC.,** *

**Plaintiff,** *

**v.** *

**UNITED STATES OF AMERICA,** *

**Defendant,** *

**and** *

**TYBRIN, INC.,** *

**Intervenor.** *

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## SCHEDULING ORDER

---

In accordance with representations of the parties during the scheduling conference held on July 10, 2007, the Court orders the following:

1. Defendant and Intervenor shall file their motions to dismiss by **August 13, 2007**. Plaintiff shall file its response by **August 31, 2007**. Defendant and Intervenor shall file their replies by **September 12, 2007**. The Court will conduct oral argument at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C., on **September 18, 2007**, at **11:00 A.M**.

2. Defendant and Intervenor shall file their cross-motions for judgement on the Administrative Record by **October 1, 2007**. Plaintiff shall file its cross-motion and opposition by **October 22, 2007**. Defendant and Intervenor shall file their replies by **November 5, 2007**. Oral argument will be held at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C., on **November 15, 2007**, at **11:00 A.M**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**