**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| **THE CENTECH GROUP, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 07-513C** |
| | ) | **(Judge Coster Williams)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **TYBRIN, INC.** | ) | |
| | ) | |
| **Intervenor.** | ) | |

**DEFENDANT'S MOTION**
**FOR LEAVE TO FILE THE ADMINISTRATIVE RECORD**
**ON CD ROM**

Defendant, the United States, hereby seeks authority to file the administrative record in this case on CD Rom. On July 11, 2007, the Court issued an order granting our oral motion for leave to file the administrative record in paper form. Because of the voluminous amount of material in the record, we now believe that it would be more expeditious for the parties and the Court for us to file a CD containing the sealed record, labeled "PROTECTED MATERIALS ENCLOSED," with a colored CD label, and a CD containing the public version labeled "REDACTED/PUBLIC," with a white CD label.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Deborah A. Bynum

DEBORAH A. BYNUM
Assistant Director

/s/ Arlene Pianko Groner

ARLENE PIANKO GRONER
Trial Attorney
National Courts Section
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 307-0162
Fax: (202) 305-7643
Attorneys for Defendant

OF COUNSEL:

JOHN G. TERRA
Trial Attorney
U. S. Air Force Legal Operations Agency
Commercial Litigation Division
Arlington, Virginia

July 13, 2007

CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of July, 2007, “DEFENDANT'S MOTION FOR LEAVE TO FILE THE ADMINISTRATIVE RECORD ON CD ROM," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ Arlene Pianko Groner
ARLENE PIANKO GRONER