# In the United States Court of Federal Claims

**No. 07-513C**
**(Filed July 16, 2007)**
**Bid Protest**

| | |
|---|---|
| **THE CENTECH GROUP, INC.,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **UNITED STATES OF AMERICA,** | * |
| **Defendant,** | * |
| **and** | * |
| **TYBRIN, INC.,** | * |
| **Intervenor.** | * |

## ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE THE ADMINISTRATIVE RECORD ON CD ROM

On July 11, 2007, the Court granted Defendant's motion to file the administrative record in this matter in paper form. On July 13, 2007, Defendant filed a motion for leave to file the administrative record on CD Rom. Defendant requests permission to file the administrative record on CD Rom "[b]ecause of the voluminous amount of material in the record . . . ." Defendant's motion for leave is **GRANTED**. The July 11, 2007 order granting permission to file the administrative record in paper form is hereby superceded. Defendant shall file the administrative record by **July 20, 2007**. The administrative record shall contain an index.

The Clerk's Office is directed to accept the CD Rom filing of the administrative record.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**