**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | | |
|---|---|---|
| **THE CENTECH GROUP, INC.** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 07-513-C** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**MOTION TO REMOVE SEAL DESIGNATION FROM PLAINTIFF'S COMPLIANT, MOTION FOR PRELIMINARY AND PERMANENT INJUCTION AND MEMORANDUM IN SUPPORT OF MOTION**

Plaintiff, THE CENTECH GROUP, Inc., ("CENTECH"), applies to this court to remove the Seal designation from Plaintiff's Complaint, Motion for Preliminary and Permanent Injunctive Relief, and Plaintiff's Memorandum in Support of Motion for Preliminary and Permanent Injunctive Relief. Plaintiff's exhibits attached to its Memorandum in Support of Preliminary Injunction contain protected information should remain under seal. All Parties are in agreement that the seal designation should be removed as indicated.

WHEREFORE, Plaintiff requests that the Court remove the seal designation from Plaintiff's Complaint, Plaintiff's Motion for Preliminary and Permanent Injunctive Relief, and

Plaintiff's Memorandum in Support of Motion for Preliminary and Permanent Injunctive Relief, with all exhibits to the Memorandum to remain under seal.

Dated this 18th day of July, 2007

Respectfully submitted,

THE MARTIN LAW FIRM, PLLC

/s/ Kenneth A. Martin

Kenneth A. Martin, Esq.
6723 Whittier Ave., Suite 200
McLean, VA 22101
703-918-0350 (telephone)
703-918-0386 (facsimile)

Counsel to THE CENTECH GROUP, Inc.