**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| **THE CENTECH GROUP, INC.**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant,**<br><br>**and**<br><br>**TYBRIN, INC.**<br><br>**Intervenor.** | **)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)** | **No. 07-513C**<br>**(Judge Coster Williams)** |

**DEFENDANT'S NOTICE OF FILING OF THE ADMINISTRATIVE RECORD**

The United States hereby provides notice that it is today filing three CD Roms containing the sealed record, labeled "PROTECTED MATERIALS ENCLOSED," together with the Certification of the Contracting Office Administrative Record, and will file and serve in the next few days a CD Rom containing the public version labeled "REDACTED/PUBLIC." A copy of these CD Roms and the Certification have been provided to counsel for the plaintiff and the intervenor.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Deborah A. Bynum

DEBORAH A. BYNUM
Assistant Director

/s/ Arlene Pianko Groner

OF COUNSEL:

JOHN G. TERRA
Trial Attorney
U. S. Air Force Legal Operations Agency
Commercial Litigation Division
Arlington, Virginia

ARLENE PIANKO GRONER
Trial Attorney
National Courts Section
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 307-0162
Fax: (202) 305-7643
Attorneys for Defendant

July 20, 2007

CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of July, 2007, "DEFENDANT'S NOTICE OF FILING OF THE ADMINISTRATIVE RECORD," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Arlene Pianko Groner
ARLENE PIANKO GRONER