# In the United States Court of Federal Claims

**No. 07-513C**
**(Filed July 23, 2007)**
**Bid Protest**

| | |
|---|---|
| **THE CENTECH GROUP, INC.,** | |
| **Plaintiff,** | |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant.** | |

## ORDER GRANTING PLAINTIFF'S MOTION TO REMOVE SEAL DESIGNATION FROM PLAINTIFF'S COMPLAINT, MOTION FOR PRELIMINARY AND PERMANENT INJUNCTION AND MEMORANDUM IN SUPPORT OF MOTION

On July 18, 2007, Plaintiff filed a motion to unseal its Complaint, Motion for Preliminary and Permanent Injunctive Relief, and Plaintiff's Memorandum in Support of Motion for Preliminary and Permanent Injunctive Relief. However, by agreement of the parties all exhibits to the Memorandum shall remain under seal. Good cause having been shown, this motion is **GRANTED**. The Clerk is directed to unseal Plaintiff's Complaint, Motion for Preliminary and Permanent Injunctive Relief, and Plaintiff's Memorandum in Support of Motion for Preliminary and Permanent Injunctive Relief, and to continue to maintain all exhibits to Plaintiff's Memorandum in Support of Motion for Preliminary and Permanent Injunctive Relief under seal.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**