**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE CENTECH GROUP, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant<br><br>and<br><br>TYBRIN CORPORATION<br><br>Intervenor | No. 07-513-C<br><br>Judge Mary Ellen Coster Williams |

**APPLICATION FOR ACCESS TO INFORMATION UNDER PROTECTIVE ORDER BY INSIDE COUNSEL**

1. I, Max V. Kidalov, hereby apply for access to protected information covered by the Protective Order issued in connection with this proceeding in accordance with Appendix of Forms, Form 9, of the Rules of the United States Court of Federal Claims.

2. I provide in-house legal representation to The Centech Group, Inc. ("Centech"), a party to this proceeding, as its Vice President & General Counsel in the corporate headquarters at 4600 North Fairfax Drive, Suite 400, Arlington, Virginia 22203. I have been serving in this capacity since June 18, 2007. I seek to participate as Of Counsel in this matter, with Kenneth Martin, Esquire, continuing to serve as the attorney of record.

3. I am a member of the bar of the United States Court of Federal Claims (the "Court"), and I am registered as Centech's Corporate Counsel Registrant with the bar of the

Commonwealth of Virginia. As such, I am bound by all applicable ethical standards, including the Code of Professional Responsibility.

4. I have previously recused myself from this matter until I received favorable staff-level guidance from the U.S. Senate Committee on Ethics on August 15, 2007 concerning my ability to participate as legal counsel in this matter in light of my prior employment as Counsel to the U.S. Senate Committee on Small Business and Entrepreneurship.

5. My professional relationship with the party I represent in this proceeding and its personnel is strictly one of legal counsel on matters of law and public policy. I am not involved in competitive decision-making of the kind discussed in *U.S. Steel Corp. v. United States*, 730 F.2d 1465 (Fed. Cir. 1984), for or on behalf of the party I represent, any entity that is an interested party to this proceeding, or any other firm that might gain a competitive advantage from access to the material disclosed under the Protective Order. I do not provide advice or participate in any decisions of such parties in matters involving similar or corresponding information about a competitor. This means that I do not, for example, provide advice concerning, or participate in, decisions about marketing or advertising strategies; product research and development; product design or competitive structuring and composition of bids, offers, or proposals with respect to which the use of protected material could provide a competitive advantage. I have not been involved in any such activities in connection with this matter, and agree not be so involved.

6. I identify here those in-house counsel at Centech, who, to the best of my knowledge, cannot make the representations set forth in the preceding paragraph: NONE

7. I identify here any member of my immediate family who is an officer or holds a management position with an interested party in the proceeding or which any other firm that

might gain a competitive advantage from access to the material disclosed under the protective order: NONE

8. I identify here instances in which I have been denied admission to a protective order, had admission revoked or been found to have violated a protective order issued by any administrative or judicial tribunal: NONE

9. I have included herein a detailed narrative providing the following information:

a. my position and responsibilities as in-house counsel, including my role in providing advice on procurement related matters: My responsibilities concerns solely questions of law, matters of legislative or regulatory policy, legal disputes, and questions of compliance with laws, regulations, and government policies. Specifically, I am responsible for providing: legal advice on general corporate legal matters; legal, regulatory, or Congressional strategies on legal issues concerning government contracts or subcontracts; and coordination of procurement policy-related government relations efforts before the Congress and the Executive Branch. My involvement in contractual matters is limited to legal advice on legal and regulatory compliance and on legal issues involving disputes where litigation is anticipated.

b. the person to whom I report and their position and responsibility: I am supervised directly and solely by the President & Chief Executive Officer of Centech. Centech's departments such as business development, accounting, proposals, human resources, quality assurance, and operations are all separate from the Office of the President. Any advice that I provide to the President or to these departments concerns solely questions of law, matters of legislative or regulatory

policy, legal disputes, and questions of compliance with laws, regulations, and government policies.

c. the number of in-house counsel at the office in which I work and their involvement, if any, in competitive decision-making and in providing advice in procurement-related matters: NONE.

d. my relationship to the nearest person involved in competitive decision-making, both in terms of proximity and in terms of corporate structure: The nearest persons involved in details of competitive decision-making are executives in the Centech's business development, accounting, proposals, human resources, quality assurance, and operations departments. I do not report to these departments, and my work with them is limited solely to legal services and legal advice on matters of law and policy. Executives from these departments are located both at the corporate headquarters in Arlington and in other corporate offices across the country. However, I do not advise any corporate executive, including the President, on competitive decision-making. With regards to physical separation, I have an individual office which contains a lock, and, further, contains a locked metal cabinet for safekeeping of important legal documents.

e. measures taken to isolate me from competitive decision-making and to protect against the inadvertent disclosure of protected information to persons not admitted under the Protective Order: Centech has a well-established management process and structure which has earned it high-level industry certifications for business process management, for example, the International Standards Organization (ISO) and the Capability Maturity Model (CMM) certifications. Among other things,

this approach ensures that competitive decision-making is done by specific executives with direct responsibilities over such activities, and my role at Centech does not involve competitive decision-making. For these reasons, I have not been asked to participate in competitive decision-making since I've joined Centech, and I have successfully avoided participation in competitive decision-making on my own. I commit to recusing myself from any and all discussions, meetings, and records involving competitive decision-making related to this matter, and represent that I have done so before. I will guard against inadvertent physical disclosure of protected materials to Centech by agreeing not to bring physical copies of protected materials inside Centech offices and not to utilize Centech e-mail system for transmission of such protected materials. I will abide by the provisions of this Protective Order concerning electronic mail transmissions of protected information. I agree to inform in writing the relevant administrative, clerical, or technical support personnel of obligations and penalties under this Protective Order prior to requesting their assistance with this matter. I agree to abide by any other, or additional, conditions for physical and electronic handling of protected material that the Court may choose to reasonably and properly impose herein.

10. I have read the Protective Order issued by the Court in this proceeding. I will comply in all respects with this Order and will abide by its terms and conditions in handling any protected information produced in connection with the proceeding.

11. I acknowledge that a violation of the terms of the Protective Order may result in the imposition of such sanctions as may be deemed appropriate by the Court and in possible civil and criminal liability.

12. If the Court chooses not to grant my admission under this application, I respectfully request the Court's leave for me to participate in the case and on the pleadings therein without access to protected information under such terms and conditions as this Court may prescribe.

By my signature, I certify that, to the best of my knowledge, the representations set forth above are true and correct.

Max Kidalov
Signature of Attorney

8/23/07
Date Executed

Max V. Kidalov, Vice President & General Counsel
Typed Name and Title

703-504-2841 (o)/202-406-0205 (m)/703-525-2349 (f)
Telephone Number/Facsimile Number