**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| **THE CENTECH GROUP, INC.**<br>**Plaintiff,**<br>**v.**<br>**THE UNITED STATES,**<br>**Defendant,**<br>**and**<br>**TYBRIN, INC.**<br>**Intervenor.** | ) | **No. 07-513C**<br>**(Judge Coster Williams)** |

**MOTION FOR TIME EXTENSION TO FILE OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

Plaintiff, THE CENTECH GROUP, Inc., ("CENTECH"), requests a one business day extension of time to file its Opposition to Defendants' Motions to Dismiss. Plaintiff proposes to file its Opposition brief not later than Tuesday, September 4, 2007. The United States does not object to this request. Plaintiff's Counsel has been unsuccessful in reaching Intervener to obtain its consent to this Request.

WHEREFORE, for the reasons stated, Plaintiff requests a one business day extension of time to file its Opposition to Defendants' Motion to Dismiss.

Dated this 29th Day of August 2007

Respectfully submitted,

THE MARTIN LAW FIRM, PLLC

/s/ Kenneth A. Martin

Kenneth A. Martin, Esq.
6723 Whittier Ave., Suite 200
McLean, VA 22101
703-918-0350 (telephone)
Counsel to THE CENTECH GROUP, Inc.