# In the United States Court of Federal Claims

**No. 07-513C**
**(Filed August 30, 2007)**
**Bid Protest**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THE CENTECH GROUP, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES OF AMERICA,**

**Defendant,**

**and**

**TYBRIN, INC.,**

**Intervenor.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME**

---

On August 29, 2007, Plaintiff filed a motion for enlargement of time of one business day, to and including, September 4, 2007, to file its opposition to Defendant's and Intervenor's motions to dismiss. Plaintiff's motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**