**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Washington, D.C.**

**BID PROTEST**

| | |
|---|---|
| CENTECH GROUP, INC. | |
| Plaintiff, | |
| v. | CFC No. 07-513C |
| THE UNITED STATES OF AMERICA | Judge Mary Ellen Coster Williams |
| Defendant, | |
| and | |
| TYBRIN CORPORATION | |
| Intervenor-Defendant. | |

**INTERVENOR-DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME FOR FILINGS ASSOCIATED WITH CROSS-MOTIONS FOR JUDGMENT ON THE ADMINISTRATIVE RECORD**

Intervenor-Defendant TYBRIN Corporation ("TYBRIN") respectfully requests enlargement of the filing deadlines associated with the parties' Cross-Motions for Judgment on the Administrative Record. Counsel for the Defendant United States of America and Plaintiff The CENTECH Group, Inc. ("CENTECH") have authorized TYBRIN counsel to state that they have no objection to the proposed enlargement of time.

The Court has scheduled oral argument on Defendant's and Intervenor's Motions to Dismiss for September 18, 2007 at 11:00 a.m. at the Howard T. Markey National Courts Building. The Court previously indicated that it would rule on the Motions to Dismiss on or before October 1, 2007. The Court's July 11, 2007 scheduling order adopted the following deadlines for the Cross-Motions for Judgment on the Administrative Record:

| | |
|---|---|
| October 1, 2007 | Defendant and Intervenor file their cross-motions for judgment on the administrative record |
| October 22, 2007 | Plaintiff files its cross-motion and opposition |
| November 5, 2007 | Defendant and Intervenor file their replies |
| November 15, 2007, 11:00 a.m. | Oral argument at Howard T. Markey National Courts Building |

Under the current schedule, the parties would need to substantially complete their work on their Motions for Judgment on the Administrative Record before the Court rules on the Motions to Dismiss. If the Court ultimately grants the Motions to Dismiss in whole or in part, work on the motions for judgment may be a wasted effort. Accordingly, in the interest of economy and efficiency, TYBRIN proposes the following enlargement of time:

| | |
|---|---|
| October 19, 2007 | Defendant and Intervenor file their cross-motions for judgment on the administrative record (to the extent necessary). |
| November 13, 2007 | Plaintiff files its cross-motion and opposition (to the extent necessary). |
| November 30, 2007 | Defendant and Intervenor file their replies (to the extent necessary). |
| Early December 2007 | Oral argument at Howard T. Markey National Courts Building at a date and time to be determined at the Court's convenience (to the extent necessary). |

For the reasons stated above, TYBRIN respectfully requests that the Court grant the proposed amended schedule set forth above.

Respectfully submitted,

Date: September 7, 2007

By: /s/ John S. Pachter

John S. Pachter
SMITH PACHTER MCWHORTER PLC
8000 Towers Crescent Drive, Suite 900
Vienna, Virginia 22182
Tel: (703) 847-6300
Fax: (703) 847-6312
*Counsel for Intervenor-Defendant*
*TYBRIN Corporation*

Of Counsel:
Jonathan D. Shaffer
Mary Pat Gregory
SMITH PACHTER MCWHORTER PLC
8000 Towers Crescent Drive, Suite 900
Vienna, Virginia 22182
Tel: (703) 847-6300
Fax: (703) 847-6312
*Counsel for Intervenor-Defendant*
*TYBRIN Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of September 2007, "TYBRIN'S MOTION FOR ENLARGEMENT OF TIME FOR FILINGS ASSOCIATED WITH CROSS-MOTIONS FOR JUDGMENT ON THE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Mary Pat Gregory
Mary Pat Gregory