Agreed-Upon Redacted Copy - May Be Made Public

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Washington, D.C.**

**BID PROTEST**

| | | |
|---|---|---|
| CENTECH GROUP, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | CFC No. 07-513C |
| THE UNITED STATES OF AMERICA | ) | Judge Mary Ellen Coster Williams |
| Defendant, | ) | ~~**FILED UNDER SEAL**~~ |
| and | ) | |
| TYBRIN CORPORATION | ) | |
| Intervenor-Defendant. | ) | |

**NOTICE OF FILING**

Intervenor-Defendant TYBRIN Corporation ("TYBRIN") submits the following Notice of Filing in response to the Court's September 10, 2007 request that TYBRIN provide a citation for its statement on page three of its August 13, 2007 Motion to Dismiss that "[a]t present, the reinstated CENTECH contract has been stayed in accordance with CICA [Competition in Contracting Act]."

CICA requires an automatic post-award stay when a protest has been timely filed at the Government Accountability office ("GAO"). 31 U.S.C. 3553 (d)(3)(A) and (B); FAR 33.104(c). Specifically, CICA provides:

> (A) If the Federal agency awarding the contract receives notice of a protest in accordance with this section during the period described in paragraph (4)—

> (i) the contracting officer may not authorize performance of the contract to begin while the protest is pending; or
>
> (ii) if authorization for contract performance to proceed was not withheld in accordance with paragraph (2) before receipt of the notice, the contracting officer shall immediately direct the contractor to cease performance under the contract and to suspend any related activities that may result in additional obligations being incurred by the United States under that contract.
>
> (B) Performance and related activities suspended pursuant to subparagraph (A)(ii) by reason of a protest may not be resumed while the protest is pending.

31 U.S.C. 3553(d)(3)(A) and (B). See also FAR 33.104(c) (automatic post award stay); FAR 52.233-3 (post award stay provision included in contracts).

It is our understanding that the contract remains stayed pending completion of agency corrective action. CICA requires (1) reports by the agency to GAO regarding the agency's actions on the recommendation and (2) reports by GAO to Congress on any agency failure to follow a recommendation. 31 U.S.C. 3554(b)(3) and (e) .

We have assumed that the Air Force has maintained the stay in accordance with FAR 33.104(c). The Administrative Record includes a notice dated January 3, 2007 directing CENTECH to stay performance pending the TYBRIN protest. Appendix at 1-2 (AR, Tab 166 at 17359-60). However, the record also includes a May 11, 2007 slide (issued after GAO's March 13, 2007 decision and its April 17, 2007 reconsideration decision) stating that the contract has been stayed indefinitely. Appendix at 3 (AR, Tab 267 at 19914 (Slide 15)). The contract may also have been suspended under the contract stop work order clause. FAR 52.242-15; AR, Tab 4 at 173.

We have asked the Air Force to verify whether any other stop work orders were issued. In any event, however, agencies have inherent authority to issue suspensions of



PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

performance or partially terminate contracts for convenience. FAR 52.249-2 (termination for convenience); FAR 52.242-15 (stop work orders). Such action is necessary where, as here, an agency has found that a protested contract has not been properly awarded.

Finally, as a practical matter, because the Air Force has taken the position that the CENTECH contract was improperly awarded, a decision to permit performance of the stayed contract would be inconsistent with and would frustrate the Air Force's corrective action.

Respectfully submitted,

Date: September 10, 2007

By: /s/ John S. Pachter
John S. Pachter
SMITH PACHTER MCWHORTER PLC
8000 Towers Crescent Drive, Suite 900
Vienna, Virginia 22182
Tel: (703) 847-6300
Fax: (703) 847-6312
*Counsel for Intervenor-Defendant*
*TYBRIN Corporation*

Of Counsel:
Jonathan D. Shaffer
Mary Pat Gregory
SMITH PACHTER MCWHORTER PLC
8000 Towers Crescent Drive, Suite 900
Vienna, Virginia 22182
Tel: (703) 847-6300
Fax: (703) 847-6312
*Counsel for Intervenor-Defendant*
*TYBRIN Corporation*



~~PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH COURT OF FEDERAL CLAIMS PROTECTIVE ORDER~~

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of September 2007, "TYBRIN'S NOTICE OF FILING" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Mary Pat Gregory
Mary Pat Gregory



PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH
COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

# Appendix Redacted
# In Its Entirety