IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| THE CENTECH GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Court No. 07-513C |
| | ) | (Judge Coster Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | Protected Material To Be |
| | ) | Disclosed Only In Accordance |
| and | ) | With U.S. Court of Federal |
| | ) | Claims Protective Order |
| TYBRIN, INC., | ) | |
| | ) | |
| Intervenor. | ) | |

**INDEX TO THE SUPPLEMENTAL ADMINISTRATIVE RECORD**

271. GAO Confirmation of Withdrawal .5, dated December 7, 2006 **(PUBLIC)** . . . . . 020274

272. Award/Contract, dated April 28, 2006 **(PUBLIC)** . . . . . . . . . . . . . . . . . . . . . . . . 020285

273. Memoranda regarding Continuance of Suspension of Contract Performance, dated May 11, 2007 **(PUBLIC)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 020323

274. Letter to GAO, dated May 18, 2007 **(PUBLIC)** . . . . . . . . . . . . . . . . . . . . . . . . . . 020325

275. Amendment No. 4, dated July 18, 2007 **(PUBLIC)** . . . . . . . . . . . . . . . . . . . . . . . . 020326

276. Protest of Tybrin Corporation - Supplemental Protest, Comments on Agency Report and Response to SBA Comments, dated February 2, 2007 . . . . . . . . . . . . . 020329