IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| THE CENTECH GROUP, INC. Plaintiff, | ) | |
| v. | ) | Court No. 07-513C (Judge Coster Williams) |
| THE UNITED STATES, Defendant, | ) | |
| and | ) | |
| TYBRIN, INC. Intervenor. | ) | |

CERTIFICATION OF ADMINISTRATIVE RECORD

I, Dean Robert Koppel, certify that the documents submitted by the U.S. Small Business Administration ("SBA") in the GAO Protest of TYBRIN Corporation, B-298364.2, represent the SBA's Administrative Record in the application of Centech Group, Inc. for a Certificate of Competency in connection with solicitation FA9300-04-R-0040, COC # 03-22119. The Administrative Record contains all documents considered by the SBA in making its determination, to the best of my knowledge, information and belief.

Dean Robert Koppel
Assistant Administrator
Office of Policy and Planning
Office of Government Contracting

Sworn to before me on this 20 day of September 2007

Abraham A. Speight
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 30, 2008