**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Washington, D.C.**

**BID PROTEST**

| | |
|---|---|
| CENTECH GROUP, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant,<br><br>and<br><br>TYBRIN CORPORATION<br><br>Intervenor-Defendant. | CFC No. 07-513C<br><br>Judge Mary Ellen Coster Williams |

**NOTICE**

Intervenor-Defendant TYBRIN Corporation ("TYBRIN") has no proposed redactions to the Court's September 25, 2007 Memorandum Opinion and Order Granting Defendant's and Intervenor's Motions to Dismiss In Part.

Respectfully submitted,

Date: September 26, 2007

By: /s/ John S. Pachter

John S. Pachter
SMITH PACHTER MCWHORTER PLC
8000 Towers Crescent Drive, Suite 900
Vienna, Virginia 22182
Tel: (703) 847-6300
Fax: (703) 847-6312
*Counsel for Intervenor-Defendant*
*TYBRIN Corporation*

Of Counsel:
Jonathan D. Shaffer
Mary Pat Gregory
SMITH PACHTER MCWHORTER PLC
8000 Towers Crescent Drive, Suite 900
Vienna, Virginia 22182
Tel: (703) 847-6300
Fax: (703) 847-6312
*Counsel for Intervenor-Defendant*
*TYBRIN Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of September 2007, "TYBRIN'S NOTICE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Mary Pat Gregory
Mary Pat Gregory