**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | |
|---|---|
| **THE CENTECH GROUP, INC.** <br> **Plaintiff,** <br> **v.** <br> **THE UNITED STATES,** <br> **Defendant,** <br> **and** <br> **TYBRIN CORPORATION** <br> **Intervenor** | **No. 07-513C** <br> **Judge Mary Ellen Coster Williams** |

**NOTICE**

Plaintiff, The CENTECH GROUP, Inc. ("CENTECH"), has no proposed redactions to the Court's September 25, 2007 Memorandum Opinion and Order.

Dated: September 27, 2007

Respectfully Submitted,

/s/ Kenneth A. Martin

Kenneth A. Martin
THE MARTIN LAW FIRM, PLLC
6723 Whittier Ave., Suite 200
McLean, VA 22101
(703) 918-0350; (703) 918-0386 (fax)

***Counsel for THE CENTECH GROUP, Inc.***