**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | | |
|---|---|---|
| **THE CENTECH GROUP, INC.** | ) | |
| **Plaintiff,** | ) | **No. 07-513C** |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | **Judge Coster Williams** |
| **Defendant,** | ) | |
| **and** | ) | |
| **TYBRIN, INC.** | ) | |
| **Intervenor.** | ) | |

**MOTION TO ENTER AND DESIGNATE COUNSEL**

Pursuant to Rule 83.1 of this Court, Plaintiff moves this Court to enter the appearance of Max V. Kidalov, Vice President & General Counsel of THE CENTECH GROUP, Inc., as "Of Counsel" in this matter, as well as to so designate Mr. Kidalov on all orders or opinions that have been or will be issued in this matter after September 1, 2007.

Mr. Kidalov is a member of the Bar of this Court. He is not admitted to the protective order and does not seek to be admitted thereto. However, Mr. Kidalov provides legal assistance in areas not subject to protective order coverage. Mr. Kidalov has been on pleadings filed in this Court since August 2007.

Plaintiff's request herein if fair and consistent with the practice of this Court. Under Rule 83.1, only one attorney may be designated as attorney of record. However, the Court's Memorandum Opinion and Order of October 1, 2007 lists three attorneys as appearing for the Intervenor.

Accordingly, Plaintiff requests that the Court enter and designate Mr. Kidalov's appearance in the case as "Of Counsel."

Dated: October 2, 2007

Respectfully submitted,

THE MARTIN LAW FIRM, PLLC

/s/ Kenneth A. Martin

Kenneth A. Martin, Esq.
6723 Whittier Ave., Suite 200
McLean, VA 22101
703-918-0350 (telephone)
703-918-0386 (facsimile)
Counsel to
THE CENTECH GROUP, Inc.

Max V. Kidalov, Esq.
Vice President & General Counsel
THE CENTECH GROUP, Inc.
4600 North Fairfax Drive
Suite 400
Arlington, VA 22203
(703) 504-2841 (telephone)
(703) 525-2349 (facsimile)
Of Counsel to
THE CENTECH GROUP, Inc.