# In the United States Court of Federal Claims

**No. 07-513C**
**(Filed October 30, 2007)**
**Bid Protest**

* * * * * * * * * * * * * * * * * * * * * * * *
**THE CENTECH GROUP, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant,** *
*
**and** *
*
**TYBRIN, INC.,** *
*
**Intervenor.** *
* * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER

---

Pursuant to the agreement of the parties, the time of the oral argument scheduled for November 15, 2007 at 11:00 a.m. has been changed to **November 15, 2007 at 10:00 a.m.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**