**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THE CENTECH GROUP, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 07-513C** |
| | ) | **(Judge Coster Williams)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **TYBRIN, INC.** | ) | |
| | ) | |
| **Intervenor.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO FILE DEFENDANT'S REPLY TO PLAINTIFF'S MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, Defendant, the United States, respectfully requests a twenty-one day (thirteen business days) enlargement of time, to and including November 28, 2007, within which to file our reply to plaintiff's motion for judgment on the administrative record. Our brief is currently due on November 7, 2007. Since intervenor's reply brief is also currently due on November 7, 2007, we request that the Court, in the interest of fairness to all the parties, also grant an enlargement of time, to and including November 28, 2007, for intervenor to file its reply brief.

This is our first request for an enlargement of time for this purpose. Good cause exists for this request. Arlene Pianko Groner, counsel of record for the Governement, is unexpectedly on leave, out of town, due to the passing of her father last week.

While Ms. Groner is on leave, Delisa M. Sánchez will be monitoring her cases. Ms. Sanchez may be reached at 202-616-0337. Ms. Sánchez has discussed this motion with counsel for plaintiffs and intervenor. Messrs. Martin and Schaffer advised Ms. Sánchez that they do not oppose this request.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Deborah A. Bynum
by Donald E. Kinner

DEBORAH A. BYNUM
Assistant Director

/s/ Arlene Pianko Groner
by Delisa M. Sánchez

ARLENE PIANKO GRONER
Trial Attorney
National Courts Section
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 307-0162
Fax: (202) 305-7643
Attorneys for Defendant

OF COUNSEL:

JOHN G. TERRA
Trial Attorney
U. S. Air Force Legal Operations Agency
Commercial Litigation Division
Arlington, Virginia

November 5, 2007

CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of November 2007, "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO FILE DEFENDANT'S REPLY TO PLAINTIFF'S MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Delisa M. Sánchez
DELISA M. SANCHEZ