**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Washington, D.C.**

**BID PROTEST**

| | | |
|---|---|---|
| CENTECH GROUP, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | CFC No. 07-513C |
| THE UNITED STATES OF AMERICA | ) | Judge Mary Ellen Coster Williams |
| Defendant, | ) | |
| and | ) | |
| TYBRIN CORPORATION | ) | |
| Intervenor-Defendant. | ) | |

**INTERVENOR-DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME FOR TYBRIN'S OPPOSITION TO CENTECH'S MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD AND REPLY TO CENTECH'S OPPOSITION TO DEFENDANT'S AND INTERVENOR'S MOTIONS FOR JUDGMENT**

Intervenor-Defendant TYBRIN Corporation ("TYBRIN"), pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, respectfully requests a twenty-one day enlargement of time, to and including November 28, 2007, for the filing of TYBRIN's Opposition to The CENTECH Group, Inc.'s ("CENTECH's") Motion for Judgment on the Administrative Record and Reply to CENTECH's Opposition to Defendant's and Intervenor's Motions for Judgment. TYBRIN's Opposition and Reply is currently due November 7, 2007, the same day the government's filing is due.

Counsel for the Defendant United States of America and Plaintiff CENTECH have authorized TYBRIN counsel to state that they have no objection to the proposed enlargement of time.

The requested enlargement would permit TYBRIN to file the same day as the government, in accordance with the original plan, if the Court grants the government its requested enlargement until November 28, 2007. While the interests of TYBRIN and the government are aligned, they are not identical. Requiring TYBRIN to file before the government would permit the government to respond to the TYBRIN filing in the government's reply. It would accord a similar advantage to CENTECH.

In the alternative, TYBRIN requests permission to file with the Court on November 7, 2007 and to delay service on the government and CENTECH counsel until November 28, 2007. That would require (a) an order permitting TYBRIN to file by CD-ROM or paper, or (b) an adjustment to the ECF process by the Court to avoid the automatic email service.

For the reasons stated above, TYBRIN respectfully requests that the Court grant TYBRIN an enlargement of time equal to the time granted the government.

Respectfully submitted,

Date: November 6, 2007

By: /s/ John S. Pachter

John S. Pachter
SMITH PACHTER MCWHORTER PLC
8000 Towers Crescent Drive, Suite 900
Vienna, Virginia 22182
Tel: (703) 847-6300
Fax: (703) 847-6312
*Counsel for Intervenor-Defendant*
*TYBRIN Corporation*

Of Counsel:
Jonathan D. Shaffer
Mary Pat Gregory
SMITH PACHTER MCWHORTER PLC
8000 Towers Crescent Drive, Suite 900
Vienna, Virginia 22182
Tel: (703) 847-6300
Fax: (703) 847-6312
*Counsel for Intervenor-Defendant*
*TYBRIN Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of November 2007, "TYBRIN'S MOTION FOR ENLARGEMENT OF TIME FOR FILINGS ASSOCIATED WITH OPPOSITION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Mary Pat Gregory
Mary Pat Gregory