# In the United States Court of Federal Claims

**No. 07-513C**
**(Filed November 6, 2007)**
**Bid Protest**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **THE CENTECH GROUP, INC.,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **UNITED STATES OF AMERICA,** | * |
| **Defendant,** | * |
| **and** | * |
| **TYBRIN, INC.,** | * |
| **Intervenor.** | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER GRANTING INTERVENOR-DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME IN PART

---

On November 6, 2007, Intervenor filed an unopposed motion for an enlargement of time of 21 days, to and including November 28, 2007, to file its reply to Plaintiff's motion for judgment on the Administrative Record and Plaintiff's opposition to Defendant's and Intervenor's motions for judgment. In the alternative, Intervenor requested permission to file its reply with the Court on November 7, 2007, in CD-ROM or paper format, and to delay service of the reply on Defendant and Plaintiff until November 28, 2007.

Intervenor's motion is **GRANTED IN PART**. Intervenor shall file its reply by **November 7, 2007**, in CD-ROM or paper format. The Court will determine via separate order if service of Intervenor's reply on Defendant and Plaintiff should be delayed. The oral argument scheduled for **November 15, 2007**, is hereby cancelled until further notice.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**