# In the United States Court of Federal Claims

**No. 07-513C**
**(Filed November 7, 2007)**
**Bid Protest**

**THE CENTECH GROUP, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES OF AMERICA,**

**Defendant,**

**and**

**TYBRIN, INC.,**

**Intervenor.**

---

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

---

On November 5, 2007, Defendant filed an unopposed motion for an enlargement of time, to and including **November 28, 2007**, within which to file its reply to Plaintiff's motion for judgment on the administrative record. Good cause having been shown, Defendant's motion is **GRANTED**. The oral argument scheduled for November 15, 2007, is hereby cancelled until further notice.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**