# In the United States Court of Federal Claims

**No. 07-513C**
**(Filed November 8, 2007)**
**Bid Protest**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THE CENTECH GROUP, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES OF AMERICA,**

**Defendant,**

**and**

**TYBRIN, INC.,**

**Intervenor.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER

---

On November 6, 2007, Intervenor filed an unopposed motion for an enlargement of time, to and including November 28, 2007, to file its opposition to Plaintiff's motion for judgment on the administrative record (AR) and Plaintiff's opposition to Defendant's and Intervenor's motions for judgment on the AR. In the alternative, Intervenor requested permission to file its opposition with the Court on November 7, 2007, in CD-ROM or paper format, and to delay service of the opposition on Defendant and Plaintiff until November 28, 2007. Intervenor argued in its motion that serving its opposition on Plaintiff and Defendant before Defendant's reply was due on November 28, 2007, would permit Defendant to respond to Intervenor's opposition in its filing, and accord a similar advantage to Plaintiff.

The Court granted Intervenor's request for an enlargement of time in part on November 6, 2007, allowing Intervenor to file its opposition on November 7, 2007, in CD-ROM or paper format. The Court deferred ruling on Intervenor's request to delay service until after reviewing

Intervenor's opposition.

Intervenor's request to delay service of its Opposition to Plaintiff's Motion for Judgment on the Administrative Record and Reply to Plaintiff's Opposition to Defendant's and Intervenor's Motions for Judgment is **DENIED**. Intervenor shall file its opposition via ECF by **November 9, 2007**. Oral argument will be held on **December 3, 2007, at 10:00 a.m. EST** at the Court of Federal Claims.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**