**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| **THE CENTECH GROUP, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 07-513C** |
| | ) | **(Judge Coster Williams)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **TYBRIN, INC.** | ) | |
| | ) | |
| **Intervenor.** | ) | |

**DEFENDANT'S RESPONSE TO NEW CITATION**

Pursuant to the Court's Order of December 3, 2007, Defendant, the United States, hereby responds to CENTECH's citation to a lecture by Senator Leverett Saltonstall at the Industrial College of the Armed Forces on January 25, 1957.

Senator Saltonstall's remarks are not probative on any material issue in this case. On pages 13-14 he states that "[w]hen a small business has been declared by a procurement officer to be ineligible to receive a contract upon which it was the low bidder, the SBA is authorized by law to issue a certificate of competency when it believes this firm to be both financially and technically competent." This statement is irrelevant because CENTECH was not the low bidder, TYBRIN was. AR5169.

In the next paragraph on page 14, Senator Saltonstall states: "Once such a certificate is issued by the SBA, the law provides that contracting officers must accept it as conclusive so far as financial and production requirements of the contract are concerned." Even if this were an

accurate statement of the law today, it would be irrelevant to this case because the Air Force accepted the December 4, 2006 Certificate of Competency issued by the Small Business Administration. AR17328-31. The Air Force does not dispute that CENTECH possessed the responsibility to perform the contract. Rather, in finding CENTECH's offer technically unacceptable, the GAO found that the proposal, on its face, failed to comply with a material term of the RFP – the subcontracting limitation. AR19794-95. In following the GAO's recommendation and taking corrective action, the Air Force did not reject the SBA's conclusion about CENTECH's ability to perform.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Deborah A. Bynum by Bryant Snee

DEBORAH A. BYNUM
Assistant Director

/s/ Arlene Pianko Groner

ARLENE PIANKO GRONER
Trial Attorney
National Courts Section
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 307-0162
Fax: (202) 305-7643

Attorneys for Defendant

OF COUNSEL:

JOHN G. TERRA
Trial Attorney
U. S. Air Force Legal Operations Agency
Commercial Litigation Division
Arlington, Virginia

December 4, 2007

CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of December 2007, "DEFENDANT'S RESPONSE TO NEW CITATION" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Arlene Pianko Groner
ARLENE PIANKO GRONER