**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Washington, D.C.**

**BID PROTEST**

| | | |
|---|---|---|
| CENTECH GROUP, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | CFC No. 07-513C |
| THE UNITED STATES OF AMERICA | ) | Judge Mary Ellen Coster Williams |
| Defendant, | ) | |
| and | ) | |
| TYBRIN CORPORATION | ) | |
| Intervenor-Defendant. | ) | |

**RESPONSE OF TYBRIN CORPORATION TO COURT REQUEST FOR IDENTIFICATION OF REDACTED MATERIAL**

TYBRIN Corporation ("TYBRIN"), by counsel, submits the following response to the Court's request that the parties identify any proposed redactions from the Court's December 7, 2007 Opinion and Order by December 12, 2007. The Court's Order states "the party proposing redaction has the burden of establishing that the proposed redacted material is protected." TYBRIN does not propose to redact any information from the Court's Opinion. TYBRIN counsel believes that all or substantially all of the material included in the Court's December 7, 2007 Opinion and Order has already been released to the public or the information is no longer proprietary or source selection sensitive due to the passage of time. The only exception may be CENTECH Group Inc.'s ("CENTECH's") proprietary information not previously released outside the protective order, such as the specific identity of the

CENTECH subcontractors, the exact dollar amounts proposed by CENTECH and the number of CENTECH personnel. Given the passage of time and the changes to the RFP through Amendment 3, that information may be stale or otherwise not protectable.

If either the government or CENTECH proposes redactions, TYBRIN requests that the party also confirm that the material has not previously been released in previous redacted filings before this Court and GAO or through the two public hearings. TYBRIN has no objection to the redactions proposed by the agency on December 12, 2007.

Respectfully submitted,

Date: December 12, 2007

By: /s/ John S. Pachter

John S. Pachter, Counsel of Record
SMITH PACHTER MCWHORTER PLC
8000 Towers Crescent Drive, Suite 900
Vienna, Virginia 22182
Tel: (703) 847-6300
Fax: (703) 847-6312
*Counsel for TYBRIN Corporation*

*Of Counsel*:
Jonathan D. Shaffer
Mary Pat Gregory
SMITH PACHTER MCWHORTER PLC

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of December, 2007, "RESPONSE OF TYBRIN CORPORATION TO COURT REQUEST FOR IDENTIFICATION OF REDACTED MATERIAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Mary Pat Gregory
Mary Pat Gregory