Receipt #067554

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

FILED
JAN 10 2008
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE CENTECH GROUP, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant<br><br>And<br><br>TYBRIN CORPORATION<br><br>Intervenor | ) | No. 07-513C<br>Judge Coster Williams |

**NOTICE OF APPEAL**

**PLEASE TAKE NOTICE** that pursuant to Rule 3 of the Federal Rules of Appellate Procedure that Plaintiff, THE CENTECH GROUP, Inc., appeals to the Federal Circuit Court of Appeals the final Order of the Court of Federal Claims entered on December 7, 2007.

Dated: January 10, 2008

Respectfully submitted,

THE MARTIN LAW FIRM, P.L.L.C,

Kenneth A. Martin, Esq.
The Martin Law Firm, P.L.L.C.
6723 Whittier Ave., Suite 200
McLean, VA 22101
(703) 918-0350
(703) 918-0386 – Fax