**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE CENTECH GROUP, INC., Plaintiff, | ) | |
| v. | ) | No. 07-513C (Judge Coster Williams) |
| THE UNITED STATES, Defendant, | ) | |
| and | ) | |
| TYBRIN, Inc., Intervenor. | ) | |

**DEFENDANT'S STATUS REPORT**

Pursuant to paragraph 4 on page 25 of the Court's Opinion and Order Granting In Part Defendant's and Intervenor's Motions for Judgment on the Administrative Record dated December 7, 2007 ("Opinion"), defendant, the United States, respectfully submits this report to apprise the Court of the status of the Air Force's consideration of CENTECH's entitlement to bid and proposal preparation costs.

The Air Force has not yet made a determination of CENTECH's entitlement to bid and proposal costs because the Air Force has not yet made an award in the reevaluation of the proposals. As the Court explained, "the Air Force will not be able to ascertain Centech's entitlement to bid and proposal preparation costs until after its new award is made." Opinion at 24. At the time the Opinion was issued, the Air Force expected to make an award in April 2008. Id. No award has been made yet, however, because of the number and complexity of the discussions the Air Force has had, and is continuing to conduct, with offerors in order to reach

its goal of achieving meaningful discussions with all offerors. The Air Force currently projects an award date of August 25, 2008.

CENTECH filed an appeal of the Opinion to the United States Court of Appeals for the Federal Circuit. CENTECH filed its corrected initial brief on April 14, 2008, and the initial briefs of the Government and TYBRIN are due on May 12, 2008.

Respectfully submitted,

JEFFREY BUCKHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

/s/ Arlene Pianko Groner
ARLENE PIANKO GRONER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Classification Unit, 8th Floor
Washington, D.C. 20530
Tel. (202) 307-0162
Fax: (202) 305-7643

Attorneys for Defendant

OF COUNSEL:

JOHN G. TERRA
Trial Attorney
U.S. Air Force Legal Operations Agency

May 1, 2008

CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of May 2008, DEFENDANT'S STATUS REPORT was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Arlene Pianko Groner
ARLENE PIANKO GRONER